UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13
THOMAS J. GUYER
MARY L. GUYER                                       CASE NO.  09-73479

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:  One West Bank FSB**          **Court claim #:** (if known) 5

**Last four digits** of any number used to identify the debtor's account: 9126

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $3294.91 |
| Amount Paid by Trustee | $3294.91 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐    Thru the Chapter 13 Plan        ☒    Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  9/26/2012                    /s/Lydia S. Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 26th Day of September, 2012.

Dated:  9/26/2012                    /s/Cynthia K. Burnard

ONE WEST BANK FSB
BANKRUPTCY DEPARTMENT
ATTN: CASHIERING DEPT
6900 BEATRICE DR
KALAMAZOO, MI 49009-8070

INDYMAC BANK
6900 BEATRICE DRIVE
PO BOX 4045
KALAMAZOO, MI  49003-4045

PIERCE & ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN, SUITE 1300
CHICAGO, IL  60602

THOMAS J. GUYER
MARY L. GUYER
7807 VENUS STREET
LOVES PARK, IL  61111

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111